

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00271-CV

| | | |
|---|---|---|
| DR. MYLISSA'S MEDICAL BOUTIQUE LLC AND MYLISSA GRABER, Appellants | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-356005-24) |
| V. | § | November 6, 2025 |
| BALBOA CAPITAL CORPORATION, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's default judgment. It is ordered that the default judgment of the trial court is affirmed.

It is further ordered that appellants Dr. Mylissa's Medical Boutique LLC and Mylissa Garber shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker